IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WESLEY GARDNER,** | : |
| | : Civil Action Number: |
| Plaintiff, | : 1:13-CV-00282-CAP |
| | : |
| vs. | : |
| | : |
| **EMPIRE PARKING SERVICES, INC.,** | : |
| and **WILLIAM H. SCHMEELK, III,** | : |
| | : |
| Defendants. | : |

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Motion for Review and Approval of Settlement Agreement.  The Parties have requested that the Court review and approve the Parties' proposed Settlement Agreement and Release of Claims because Court approval is required to give effect to a material term therein, i.e., a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.  The Court has reviewed the proposed Settlement Agreement and Release of Claims and finds that it is a fair and reasonable resolution of the Parties' FLSA dispute. Accordingly, the Parties' Motion is **GRANTED**, and the Settlement Agreement and Release of Claims is **APPROVED** and incorporated herein.

The Court shall retain jurisdiction over this matter until the terms of paragraph 1 of the Settlement Agreement and Release of Claims have been met.

**IT IS SO ORDERED**, this __6th__ day of _____May_____ 2013.

                                 /s/ Charles A. Pannell, Jr.
                                _____
                                Honorable Charles A. Pannell
                                U.S. DISTRICT COURT JUDGE